IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC GLIME, | No. 4:21-CV-01499 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SUSQUEHANNA VALLEY PRE-OWNED SALES & SERVICE and JUSTIN VALENTINE | |
| Defendants. | |

## ORDER

### DECEMBER 22, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. No. 24) is **DENIED**.

A telephonic status conference with counsel of record will be scheduled by separate Order of Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge